UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 26110
     HARSPER WALKER COATS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX


          Debtor
     SSN XXX-XX-5198
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/30/2008 and was not confirmed.

     The case was dismissed without confirmation 11/03/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TOYOTA FINANCIAL SERVICE | SECURED NOT I | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 6910.84 | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 08 B 26110 HARSPER WALKER COATS

```
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO          UNSECURED      NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSECURED       2146.21            .00            .00
PRO SE DEBTOR            DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 26110 HARSPER WALKER COATS

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        ---------------       ---------------
TOTALS                         .00                .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/24/09                  /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE


                          PAGE   3
           CASE NO. 08 B 26110 HARSPER WALKER COATS